IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Joseph W | Case Number: 08 B 14737 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 6/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion: March 4, 2009
Confirmed:  November 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,702.65 | |
| Secured: | | 45.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,413.28 |
| Trustee Fee: | | 244.37 |
| Other Funds: | | 0.00 |
| Totals: | 3,702.65 | 3,702.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 3,413.28 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 5. | CIT Group/Consumer Finance Inc | Secured | 0.00 | 0.00 |
| 6. | Village of Park Forest | Secured | 250.00 | 45.00 |
| 7. | Select Portfolio Servicing | Secured | 11,394.72 | 0.00 |
| 8. | Select Portfolio Servicing | Secured | 2,471.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 35.10 | 0.00 |
| 10. | Partners Financial Services | Unsecured | 449.31 | 0.00 |
| 11. | Bank Of America | Unsecured | 56.79 | 0.00 |
| 12. | Verizon Wireless Midwest | Unsecured | 9.55 | 0.00 |
| 13. | Nicor Gas | Unsecured | 104.81 | 0.00 |
| 14. | Nelnet | Unsecured | 5,002.34 | 0.00 |
| 15. | Creditors Adjustment Bureau | Unsecured | 382.79 | 0.00 |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | Kenneth Eisen & Associates | Unsecured | | No Claim Filed |
| 18. | J R Brothers Finance | Unsecured | | No Claim Filed |
| 19. | Sunrise Credit Services,Inc. | Unsecured | | No Claim Filed |
| 20. | Wells Fargo Auto Finance | Unsecured | | No Claim Filed |
| 21. | Unipac | Unsecured | | No Claim Filed |
| 22. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 23. | Village of Park Forest | Unsecured | | No Claim Filed |
| 24. | Desert Schools Federal CU | Unsecured | | No Claim Filed |
| 25. | Nelnet | Unsecured | | No Claim Filed |
| 26. | Glencourt One Townhouse HOA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Joseph W

Printed: 03/10/09

Case Number:  08 B 14737
Judge:  Wedoff, Eugene R
Filed:  6/9/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medical Credit Bureau | Unsecured | | No Claim Filed |
| | | | $ 23,637.91 | $ 3,458.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 244.37 |
| | $ 244.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: