# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 08-14737 |
|---|---|---|
| | § | |
| JOSEPH W SMITH | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/29/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/22/2011           By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 08-14737
 §
JOSEPH W SMITH §
 §
 §
 Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $7,202.09
*and approved disbursements of* $1,709.42
*leaving a balance on hand of*[1] : $5,492.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Select Portfolio Servicing, Inc | $25,228.85 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $5,492.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David Leibowitz, Trustee Fees | $1,470.19 | $0.00 | $1,470.19 |
| David Leibowitz, Trustee Expenses | $68.18 | $0.00 | $68.18 |
| Lakelaw, Attorney for Trustee Fees | $1,400.00 | $0.00 | $1,400.00 |
| Lakelaw, Attorney for Trustee Expenses | $504.28 | $0.00 | $504.28 |
| Office of the United States Trustee, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|                                                               |            |
|---------------------------------------------------------------|-----------:|
| Total to be paid for chapter 7 administrative expenses:       | $3,692.65  |
| Remaining balance:                                            | $1,800.02  |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|                                                               |            |
|---------------------------------------------------------------|-----------:|
| Total to be paid to prior chapter administrative expenses:    | $0.00      |
| Remaining balance:                                            | $1,800.02  |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                                               |            |
|---------------------------------------------------------------|-----------:|
| Total to be paid to priority claims:                          | $0.00      |
| Remaining balance:                                            | $1,800.02  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $60,406.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant                         | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|----------:|----------------------------------|----------------------:|-------------------------:|----------------:|
| 1         | Nelnet on behalf of USA Funds    | $50,023.40            | $0.00                    | $1,490.61       |
| 2         | Partners Fin                     | $4,493.06             | $0.00                    | $133.89         |
| 6         | Asset Acceptance LLC             | $351.00               | $0.00                    | $10.46          |
| 7         | Bank of America NA               | $567.92               | $0.00                    | $16.92          |
| 8         | West Verizon Wireless            | $95.50                | $0.00                    | $2.85           |
| 9         | Nicor Gas                        | $1,048.07             | $0.00                    | $31.23          |
| 10        | Creditors Adjustment Bureau Inc  | $3,827.88             | $0.00                    | $114.06         |

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,800.02 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                  Date Rcvd: Feb 23, 2011
Case: 08-14737                 Form ID: pdf006              Total Noticed: 34


The following entities were noticed by first class mail on Feb 25, 2011.
db           +Joseph W Smith,    414 New Salem,   Park Forest, IL 60466-1139
aty          +Aaron M Weinberg,    Robert J. Semrad and Associates,    20 S. Clark St.,    28th Floor,
               Chicago, IL 60603-1811
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL  60085-4216
aty          +Catherine Kim,    Robert J Semrad & Associates,    20 S. Clark St.,    28th Floor,
               Chicago, IL 60603-1811
aty          +Janna L Quarless,    Robert J Semrad and Associates,    20 S. Clark Street, 28th Floor,
               Chicago, IL 60603-1811
aty          +Marcie C Venturini,    Robert J. Semrad & Associates,    20 S. Clark Street, 28th Floor,
               Chicago, IL 60603-1811
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
12309741     +Allied Interstate Inc,    Gemb,    Po Box 103104,    Roswell, GA 30076-9104
12531549     +Bank of America NA,    Recovery Management,    MD4-301-16-01,    225 North Calvert Street,
               Baltimore, MD 21202-3504
12309743     +Cit Fin Serv,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13607985     +Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
13514589     +Creditors Adjustment Bureau Inc,    Assignee Glencourt One Townhouse Assoc,    Po Box 5932,
               Sherman Oaks, CA 91413-5932
12309744     +Desert Schools Fcu,    Po Box 2945,    Phoenix, AZ 85062-2945
12309745     +J R Brothers Finance I,    10000 N 31st Ave Ste D20,    Phoenix, AZ 85051-9567
12309746     +Kenneth Eisen & Assoc,    777 E Missouri Ave Ste 1,    Phoenix, AZ 85014-2830
12309747    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco Fin /27,    Po Box 7216,    Philadelphia, PA 19101)
13607987     +Medical Credit Bureau,    234 East Gray Street,    Suite B-66,    Louisville, KY 40202-1900
13607988     +Nelnet Lns,    Attention claims,    PO Box 17460,    Denver, CO 80217-0460
12309748      Nelnet on behalf of USA Funds,    c/o Sallie Mae Guarantee Service Inc,    PO Box 9430,
               Wilkes-Barre, PA 18773-9430
12309750    ++PARTNERS FINANCIAL SERVICES INC,    PO BOX 728,    FENTON MO 63026-0728
              (address filed with court: Partners Fin,    30 Henry Ave,    Ellisville, MO 63011)
12400051     +Select Portfolio Servicing, Inc,    PO Box 65450,    Salt Lake City, UT 84165-0450
12451898     +Select Portfolio Servicing, Inc.,    Kluever & Platt LLC,    65 E Wacker Place Ste 2300,
               Chicago, IL 60601-7244
12309751     +Select Portfolio Svcin,    3815 South West Temple,    Salt Lake City, UT 84115-4412
12309752     +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3917
12391286     +The CIT Group/Consumer Finance, Inc.,    715 South Metropolitan Avenue, Suite 150,
               Oklahoma City, Oklahoma 73108-2057
12309753     +Unipac,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
12309755     +Village of Park Forest Water dept,    350 Victory,    Park Forest, IL 60466-2068
12309756     +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
The following entities were noticed by electronic transmission on Feb 23, 2011.
12309742     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                              Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
12478525     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                              Asset Acceptance LLC,
               P O Box 2036,    assignee/ BALLY,    Warren MI 48090-2036
12691451     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
12309749     +E-mail/Text: bankrup@nicor.com                              Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
12309754     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2011 00:32:45      Verizon Wireless,
               15900 Se Eastgate Way,    Bellevue, WA 98008-5757
12653483     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2011 00:32:45      West Verizon Wireless,
               PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13607986      Glencourt One Townhouse HOA,    c/o APM,    3260 E Indian School Road,    AZ 85108
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: wepps             Page 2 of 2             Date Rcvd: Feb 23, 2011
Case: 08-14737                Form ID: pdf006         Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2011**                        **Signature:**        *Joseph Speetjens*