UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §    Case No. 08-14737-ERW
                                          §
JOSEPH W SMITH                            §
                                          §
                                          §
            Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $590,400.00 | Assets Exempt: | $16,200.00 |
| Total Distributions to Claimants: | $4,782.52 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $5,402.07 | | |

3)   Total gross receipts of $7,202.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,202.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $252,878.00 | $135,275.67 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $12,882.07 | $5,402.07 | $5,402.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $129,616.42 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $107,510.00 | $60,406.83 | $10,383.43 | $4,782.52 |
| **Total Disbursements** | $360,388.00 | $338,180.99 | $15,785.50 | $10,184.59 |

4). This case was originally filed under chapter 13 on 06/09/2008. The case was converted to one under Chapter 7 on 03/04/2009. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2011         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 Harley-Davidson Road King FLHR | 1229-000 | $7,200.00 |
| Interest Earned | 1270-000 | $2.57 |
| **TOTAL GROSS RECEIPTS** | | **$7,202.57** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Select Portfolio Servicing, Inc | 4110-000 | $23,342.00 | $25,228.85 | $0.00 | $0.00 |
| 5 | Select Portfolio Servicing, Inc. | 4110-000 | $99,094.00 | $110,046.82 | $0.00 | $0.00 |
| | Cit Fin Serv | 4110-000 | $130,192.00 | NA | $0.00 | $0.00 |
| | Village of Park Forest Water dept | 4110-000 | $250.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$252,878.00** | **$135,275.67** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $1,470.19 | $1,470.19 | $1,470.19 |
| David Leibowitz, Trustee | 2200-000 | NA | $68.18 | $68.18 | $68.18 |
| International Sureties, Ltd | 2300-000 | NA | $4.42 | $4.42 | $4.42 |
| Office of the United States Trustee | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $8,880.00 | $1,400.00 | $1,400.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $504.28 | $504.28 | $504.28 |
| Sale Fee, Attorney for Debtor | 3701-000 | NA | $150.00 | $150.00 | $150.00 |
| Storage Fees From 06/22/2009 - | 3992-000 | NA | $1,555.00 | $1,555.00 | $1,555.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| 04/29/2010, Other Professional | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,882.07 | $5,402.07 | $5,402.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | The CIT Group/Consumer Finance, Inc. | 5800-000 | NA | $129,616.42 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $129,616.42 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nelnet on behalf of USA Funds | 7100-000 | NA | $50,023.40 | $0.00 | $1,491.01 |
| 2 | Partners Fin | 7100-000 | NA | $4,493.06 | $4,493.06 | $779.10 |
| 6 | Asset Acceptance LLC/Bally | 7100-000 | $351.00 | $351.00 | $351.00 | $60.86 |
| 7 | Bank of America NA | 7100-000 | NA | $567.92 | $567.92 | $98.48 |
| 9 | Nicor Gas | 7100-000 | $951.00 | $1,048.07 | $1,048.07 | $181.74 |
| 10 | Creditors Adjustment Bureau Inc | 7100-000 | NA | $3,827.88 | $3,827.88 | $663.76 |
| | Allied Interstate Inc | 7100-000 | $233.00 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; West Verizon Wireless) | 7100-001 | $95.00 | $95.50 | $95.50 | $2.85 |
| | Desert Schools Fcu | 7100-000 | $1,860.00 | NA | NA | $0.00 |
| | J R Brothers Finance I | 7100-000 | $142.00 | NA | NA | $0.00 |
| | Kenneth Eisen & Assoc | 7100-000 | $71.00 | NA | NA | $0.00 |
| | Nco Fin /27 | 7100-000 | $687.00 | NA | NA | $0.00 |
| | Nelnet Lns | 7100-000 | $25,518.00 | NA | NA | $0.00 |
| | Nelnet Lns | 7100-000 | $21,879.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Partners Fin | 7100-000 | $4,702.00 | NA | NA | $0.00 |
| SallieMae | 7100-000 | $0.00 | $1,491.01 | $1,491.01 | $1,491.01 |
| Sunrise Credit Service | 7100-000 | $346.00 | NA | NA | $0.00 |
| Unipac | 7100-000 | $34,217.00 | NA | NA | $0.00 |
| Wells Fargo | 7100-000 | $16,458.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $107,510.00 | $61,897.84 | $11,874.44 | $4,768.81 |

Case 08-14737    Doc 113    Filed 08/17/11    Entered 08/17/11 16:27:40    Desc Main
Document      Page 6 of 11

Page No: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| **Case No.:** | 08-14737-ERW | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | SMITH, JOSEPH W | **Date Filed (f) or Converted (c):** | 03/04/2009 (c) |
| **For the Period Ending:** | 7/11/2011 | **§341(a) Meeting Date:** | 04/24/2009 |
| | | **Claims Bar Date:** | 08/18/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   rental 4494 W Palmaire Ave, Glendate , AZ 85301 | $150,000.00 | $19,808.00 | OA | $0.00 | FA |
| 2   Home 414 New Salem, Park Forest, IL | $140,000.00 | $17,314.00 | OA | $0.00 | FA |
| 3   US Bank | $400.00 | $400.00 | DA | $0.00 | FA |
| 4   Household Goods and furnishings | $800.00 | $800.00 | DA | $0.00 | FA |
| 5   clothing | $500.00 | $500.00 | DA | $0.00 | FA |
| 6   1994 Pontiac Sunbird | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 7   rental 4494 W Palmaire Ave, Glendate , AZ 85301, | $150,000.00 | $19,808.00 | OA | $0.00 | FA |
| 8   Home 414 New Salem, Park Forest, IL, Surrenderin | $140,000.00 | $2,564.00 | OA | $0.00 | FA |
| 9   US Bank | $400.00 | $0.00 | DA | $0.00 | FA |
| 10  Household Goods and furnishings | $800.00 | $0.00 | DA | $0.00 | FA |
| 11  clothing | $500.00 | $500.00 | DA | $0.00 | FA |
| 12  Potential 2009 Tax Refund | $3,000.00 | $3,000.00 | DA | $0.00 | FA |
| 13  1994 Pontiac Sunbird | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 14  2007 Harley-Davidson Road King FLHR    (u) | $0.00 | $14,630.00 | DA | $7,200.00 | FA |
| **Asset Notes:**   VIN IHD1FB4147Y615274 | | | | | |
| 15  1997 Custom Assembled Motorcycle | $0.00 | $0.00 | DA | $0.00 | FA |
| INT Interest Earned    (u) | Unknown | Unknown | | $2.57 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
| $590,400.00 | $83,324.00 | | $7,202.57 | $0.00 |

**Major Activities affecting case closing:**
TFR Completed for Trustee's review

Discharged Barred

discharge denied  motorcycle for sale 847 239-7248
TFR in progress

| **Initial Projected Date Of Final Report (TFR):** | 05/12/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/12/2011 | DAVID LEIBOWITZ |

| **Case No.** | 08-14737-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | SMITH, JOSEPH W | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1679 | | **Money Market Acct #:** | ******6365 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 6/9/2008 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/12/2010 | | Albany, Inc | Sale of 2007 Harley-Davidson | * | $5,495.00 | | $5,495.00 |
| | {14} | | $7,200.00 | 1229-000 | | | $5,495.00 |
| | | | Sale Fee $(150.00) | 3701-000 | | | $5,495.00 |
| | | | Storage Fees From 06/22/2009 - 04/29/2010 $(1,555.00) | 3992-000 | | | $5,495.00 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.20 | | $5,495.20 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.23 | | $5,495.43 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $5,495.43 | $0.00 |
| | | | **TOTALS:** | | $5,495.43 | $5,495.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $5,495.43 | |
| | | | **Subtotal** | | $5,495.43 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,495.43 | $0.00 | |

| **For the period of 6/9/2008 to 7/11/2011** | | **For the entire history of the account between 05/12/2010 to 7/11/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,200.43 | Total Compensable Receipts: | $7,200.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,200.43 | Total Comp/Non Comp Receipts: | $7,200.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,705.00 | Total Compensable Disbursements: | $1,705.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,705.00 | Total Comp/Non Comp Disbursements: | $1,705.00 |
| Total Internal/Transfer Disbursements: | $5,495.43 | Total Internal/Transfer Disbursements: | $5,495.43 |

Page No: 2
Exhibit 9
Case 08-14737   Doc 113   Filed 08/17/11   Entered 08/17/11 16:27:40   Desc Main
Document      Page 8 of 11
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-14737-ERW | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SMITH, JOSEPH W | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1679 | | | Checking Acct #: | ******4737 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/9/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2011 | | Transfer From: #******4737 | | 9999-000 | $5,493.15 | | $5,493.15 |
| 04/06/2011 | 2001 | Office of the United States Trustee | Claim #: 0; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $5,243.15 |
| 04/06/2011 | 2002 | David Leibowitz | Trustee Compensation | 2100-000 | | $1,470.19 | $3,772.96 |
| 04/06/2011 | 2003 | Lakelaw | Claim #: ; Amount Claimed: 8,880.00; Amount Allowed: 1,400.00; Distribution Dividend: 100.00; | 3110-000 | | $1,400.00 | $2,372.96 |
| 04/06/2011 | 2004 | Lakelaw | Claim #: ; Amount Claimed: 504.28; Amount Allowed: 504.28; Distribution Dividend: 100.00; | 3120-000 | | $504.28 | $1,868.68 |
| 04/06/2011 | 2005 | David Leibowitz | Trustee Expenses | 2200-000 | | $68.18 | $1,800.50 |
| 04/06/2011 | 2006 | Nelnet on behalf of USA Funds | Claim #: 1; Amount Claimed: 50,023.40; Amount Allowed: 50,023.40; Distribution Dividend: 2.98; | 7100-000 | | $1,491.01 | $309.49 |
| 04/06/2011 | 2007 | Partners Fin | Claim #: 2; Amount Claimed: 4,493.06; Amount Allowed: 4,493.06; Distribution Dividend: 2.98; | 7100-000 | | $133.92 | $175.57 |
| 04/06/2011 | 2008 | Asset Acceptance LLC | Claim #: 6; Amount Claimed: 351.00; Amount Allowed: 351.00; Distribution Dividend: 2.98; | 7100-000 | | $10.46 | $165.11 |
| 04/06/2011 | 2009 | Bank of America NA | Claim #: 7; Amount Claimed: 567.92; Amount Allowed: 567.92; Distribution Dividend: 2.98; | 7100-000 | | $16.93 | $148.18 |
| 04/06/2011 | 2010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.85 | $145.33 |
| | | | Claim Amount $(2.85) | 7100-001 | | | $145.33 |
| 04/06/2011 | 2011 | Nicor Gas | Claim #: 9; Amount Claimed: 1,048.07; Amount Allowed: 1,048.07; Distribution Dividend: 2.98; | 7100-000 | | $31.24 | $114.09 |
| 04/06/2011 | 2012 | Creditors Adjustment Bureau Inc | Claim #: 10; Amount Claimed: 3,827.88; Amount Allowed: 3,827.88; Distribution Dividend: 2.98; | 7100-000 | | $114.09 | $0.00 |
| 04/29/2011 | | SallieMae | Refund of distribution to Sallie Mae | 7100-000 | $1,491.01 | | $1,491.01 |
| 05/11/2011 | 2013 | Partners Fin | Claim #: 2; Amount Claimed: 4,493.06; Amount Allowed: 4,493.06; Distribution Dividend: 17.34; | 7100-000 | | $645.18 | $845.83 |
| 05/11/2011 | 2014 | Asset Acceptance LLC | Claim #: 6; Amount Claimed: 351.00; Amount Allowed: 351.00; Distribution Dividend: 17.34; | 7100-000 | | $50.40 | $795.43 |
| 05/11/2011 | 2015 | Bank of America NA | Claim #: 7; Amount Claimed: 567.92; Amount Allowed: 567.92; Distribution Dividend: 17.34; | 7100-000 | | $81.55 | $713.88 |

**SUBTOTALS**  $6,984.16   $6,270.28

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-14737-ERW | |
| **Case Name:** | SMITH, JOSEPH W | |
| **Primary Taxpayer ID #:** | ******1679 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/9/2008 | |
| **For Period Ending:** | 7/11/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Checking Acct #:** | ******4737 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/11/2011 | 2016 | West Verizon Wireless | Claim #: 8; Amount Claimed: 95.50; Amount Allowed: 95.50; Distribution Dividend: 17.34; | 7100-000 | | $13.71 | $700.17 |
| 05/11/2011 | 2017 | Nicor Gas | Claim #: 9; Amount Claimed: 1,048.07; Amount Allowed: 1,048.07; Distribution Dividend: 17.34; | 7100-000 | | $150.50 | $549.67 |
| 05/11/2011 | 2018 | Creditors Adjustment Bureau Inc | Claim #: 10; Amount Claimed: 3,827.88; Amount Allowed: 3,827.88; Distribution Dividend: 17.34; | 7100-000 | | $549.67 | $0.00 |
| | | | **TOTALS:** | | $6,984.16 | $6,984.16 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,493.15 | $0.00 | |
| | | | **Subtotal** | | $1,491.01 | $6,984.16 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,491.01 | $6,984.16 | |

| For the period of 6/9/2008 to 7/11/2011 | | For the entire history of the account between 04/06/2011 to 7/11/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,491.01 | Total Compensable Receipts: | $1,491.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,491.01 | Total Comp/Non Comp Receipts: | $1,491.01 |
| Total Internal/Transfer Receipts: | $5,493.15 | Total Internal/Transfer Receipts: | $5,493.15 |
| | | | |
| Total Compensable Disbursements: | $6,984.16 | Total Compensable Disbursements: | $6,984.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,984.16 | Total Comp/Non Comp Disbursements: | $6,984.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-14737-ERW | |
| **Case Name:** | SMITH, JOSEPH W | |
| **Primary Taxpayer ID #:** | ******1679 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/9/2008 | |
| **For Period Ending:** | 7/11/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4737 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $5,495.43 | | $5,495.43 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $5,495.48 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.23 | | $5,495.71 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,495.94 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.23 | | $5,496.17 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.23 | | $5,496.40 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.23 | | $5,496.63 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.23 | | $5,496.86 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.23 | | $5,497.09 |
| 02/04/2011 | 3000 | International Sureties, Ltd | Bond Payment | 2300-000 | | $4.42 | $5,492.67 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.21 | | $5,492.88 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.23 | | $5,493.11 |
| 04/06/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 4/6/2011 | 1270-000 | $0.04 | | $5,493.15 |
| 04/06/2011 | | Transfer To: #******4737 | | 9999-000 | | $5,493.15 | $0.00 |
| | | | **TOTALS:** | | $5,497.57 | $5,497.57 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,495.43 | $5,493.15 | |
| | | | **Subtotal** | | $2.14 | $4.42 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2.14 | $4.42 | |

| **For the period of 6/9/2008 to 7/11/2011** | | **For the entire history of the account between 06/25/2010 to 7/11/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $2.14 | Total Compensable Receipts: | $2.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2.14 | Total Comp/Non Comp Receipts: | $2.14 |
| Total Internal/Transfer Receipts: | $5,495.43 | Total Internal/Transfer Receipts: | $5,495.43 |
| | | | |
| Total Compensable Disbursements: | $4.42 | Total Compensable Disbursements: | $4.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4.42 | Total Comp/Non Comp Disbursements: | $4.42 |
| Total Internal/Transfer Disbursements: | $5,493.15 | Total Internal/Transfer Disbursements: | $5,493.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 08-14737-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SMITH, JOSEPH W | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1679 | **Money Market Acct #:** | ******4737 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 6/9/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/11/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,988.58 | $6,988.58 | $0.00 |

**For the period of 6/9/2008 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,693.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,693.58 |
| Total Internal/Transfer Receipts: | $10,988.58 |
| | |
| Total Compensable Disbursements: | $8,693.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,693.58 |
| Total Internal/Transfer Disbursements: | $10,988.58 |

**For the entire history of the case between 03/04/2009 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,693.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,693.58 |
| Total Internal/Transfer Receipts: | $10,988.58 |
| | |
| Total Compensable Disbursements: | $8,693.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,693.58 |
| Total Internal/Transfer Disbursements: | $10,988.58 |